Bridget S. Johnsen (SBN 210778)
bjohnsen@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
Telephone: (213) 896 6678
Facsimile: (213) 896 6600

Amanda Farfel (SBN 288126)
afarfel@sidley.com
SIDLEY AUSTIN LLP
1999 Avenue of the Stars, 17th Floor
Los Angeles, CA 90067
Telephone: (310) 595 9661
Facsimile: (310) 595 9501

**Attorneys for Defendant Beethoven Nine LLC**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION AT LOS ANGELES

| | |
|---|---|
| Nehemiah Kong,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Beethoven Nine LLC, et al.,<br><br>　　　　Defendants. | Case No. 2:18-cv-04679-JFW (ASx)<br><br>**NOTICE OF SETTLEMENT**<br><br>Scheduling Conference: Vacated by Court Order (Dkt. No. 20)<br>Trial: Oct. 1, 2019, 8:30am<br><br>Honorable Judge John F. Walter |

L.R. 40-2 NOTICE OF SETTLEMENT

**TO THE COURT AND ALL PARTIES TO THIS ACTION:**

In accordance with C.D. Cal. Local Rule 40-2, Defendant Beethoven Nine LLC hereby submits this Notice of Settlement to notify the Court that the above entitled action has been settled. The parties expect to memorialize the terms of the settlement within 45 days, and submit a request for dismissal to this Court within 60 days.

Date:  August 3, 2018

Respectfully Submitted,

By:/s/Amanda R. Farfel
    Bridget S. Johnsen
    Amanda R. Farfel
    SIDLEY AUSTIN LLP

*Attorneys for Defendant*
Beethoven Nine LLC